# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAWN CULLEN, | : | |
| Plaintiff | : | No. 3:16-CV-00026 |
| vs. | : | (Judge Nealon) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | : | |
| Defendant | : | |

## ORDER

**NOW, THIS 18TH DAY OF SEPTEMBER, 2017,** in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's appeal, (Doc. 1), is **GRANTED**;

2. The decision of the Commissioner of the Social Security Administration denying Dawn Cullen disability insurance benefits and supplemental security income is **VACATED**;

3. This matter is **REMANDED** to the Commissioner of the Social Security Administration; and

4. The Clerk of Court is directed to **CLOSE** this case.

                                                        **/s/ William J. Nealon**
                                                        **United States District Judge**